# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00090-CR

**Anthony Charles Adams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 59518, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Following our May 15, 2008 opinion and judgment affirming Adams's conviction, his counsel filed a motion to permanently abate this appeal because of Adams's death. *See* Tex. R. App. P. 7.1(a)(2). The State, advising that it has confirmed Adams's death, has no objection to the abatement under rule 7.1(a)(2). We grant the motion, withdraw the opinion and judgment of this Court dated May 15, 2008, and permanently abate this appeal.

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Permanently Abated

Filed:   June 6, 2008

Do Not Publish